IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBBIN JAMES,

    Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Civil No. 16-cv-1139-JGP-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Robbin James and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED**: 4/24/2017

                                                       **JUSTINE FLANAGAN,**
                                                      **Acting Clerk of Court**

                                                      **BY: s/*Tina Gray*, Deputy Clerk**

**Approved:**
*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**