**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ROBBIN JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 16-cv-1139-JPG-CJP |
| ) | |
| NANCY A. BERRYHILL, ) | |
| ) | |
| Defendant. ) | |

## ORDER for ATTORNEY'S FEES

Before the Court is the parties' Amended Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act. (Doc. 28).

The parties have agreed that plaintiff is entitled to an award of attorney's fees in the amount of $4,000.00.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees that may have been payable to plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

The parties' Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act **(Doc. 28) is GRANTED**. The Court awards plaintiff Robbin James the sum of **$4,000.00** (four thousand dollars) for attorney's fees pursuant to the Equal Access to Justice Act. These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA

assignment previously executed by plaintiff and counsel.

**IT IS SO ORDERED.**

**DATE:** 8/9/2017

*s/J. Phil Gilbert*
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**